UNITED STATES of America,
Plaintiff–Appellee,

v.

Michael Errol WILSON, Defendant–
Appellant.

No. 01–6170.

United States Court of Appeals,
Fourth Circuit.

Decided June 28, 2001.

Michael Errol Wilson, pro se.

Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, NC, for appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit J.

PER CURIAM.

Michael Errol Wilson appeals the denial of his Fed.R.Civ.P. 59(e) motion seeking to alter or amend the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp.2000) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Wilson,* Nos. CR–97–39–BO; CA–00–55–5–BO (E.D.N.C. Dec. 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*DISMISSED.*